```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GLENNY PICHARDO,                              :       09 Civ. 7653 (SHS)

                Plaintiff,       :

     -against-                              :       ORDER

C.R. BARD, INC., and BARD PHERIPHERAL         :
VASCULAR, INC.,
                                :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       A pretrial conference having been held today, with counsel for all parties present either in person or by telephone,

       IT IS HEREBY ORDERED that the next pretrial conference is scheduled for June 1, 2010, at 9:30 a.m.

Dated: New York, New York
       November 13, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.